# PD-1045&1048-15

TO: THE COURT OF CRIMINAL APPEALS

Cause No. 02-15-00157-CR, 02-15-00158-CR
1237940R, 1247941R

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | IN THE 372ND DISTRICT COURT |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| TIFFNEY LYNNE MCADOO | ) | TARRANT COUNTY, TEXAS |

FILED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

MOTION FOR EXTENSION OF TIME TO FILE
A PETITION FOR A DISCRETONARY REVIEW

TO THE HONORABLE COURT CRIMINAL APPEALS

Pursuant to Tex, R. App. P. 10.1 and 38.6(d), the Appellee, Tiffney Lynne McAdoo files this unopposed Second Motion to Extend Time to file Appelle's Petition For A Discretionary Review.

Appelle's opening Petition is due on September 18, 2015, Appelle request a 30 day extension of the time to file its Petition, making the Petition due on October 19, 2015. This the second request for extension of time to file Petition.

Appellee relies on the following reasons, in addition to the requested extension:

(1). Due to the ongoing of health difficulties with the attached medical report. Appellee seeks more time to file her Petition.

(2). Appellee seeks the extension of time to be able to prepare a cogent and succinct petition to aid this Court in its analysis of the issues presented. The request is not sought to delay but so that justice may be done.

All facted cited in this motion are with the personal knowledge of the Appellee signing this motion, therefore no verification is necessary under Rule of Appellee Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellee requests that this Court grant this Unopposed Second Motion to Extend Time to file Appelle's Petition and extend the Deadline for Filing the Appellee's Petition up to and including October 19, 2015. Appelle request all other relief to which may be entitled

Respectfully,

Tiffney Lynne McAdoo
P. O. Box 330274
Fort Worth, Texas 76163

## CERTIFICATE OF SERVICE

I certify that on September 16, 2015, I mailed a copy of this motion to the following Court Of Appeals, Second District Of Texas. Tim Curry Criminal Justice Center. 401 w. Belknap, Suite 9000, Fort Worth, Texas 76196-0211

IN WITNESS THEREOF, we have hereunto set our hands this 16 day of September, 2015

Tiffney Lynne McAdoo

GREG UNDERWOOD
My Commission Expires
October 22, 2017

Notary

# Texas Health Huguley Hospital
111801 South Freeway, Burleson, TX 76028
(817)293-9110
## Your Discharge Instructions

**Name:** MCADOO, TIFFNEY

**DOB:** 8/13/1975 12:00 AM

**MRN#:** 6245123

**Visit Date:** 6/21/2015 12:40 PM

**Primary Care Provider:**
Name:
Phone:
**Inpatient Care Providers:**
Attending Physician: DURAN MD, DONNA M.

Texas Health Huguley Hospital would like to thank you for allowing us to assist you with your healthcare needs.

**Your physician has discharged you with the following plan:**
## Discharge Instruction(s)

**Discharge to:** Home
**Activity Instructions Discharge:** Resume activities as tolerated
**Literature Provided:** Medications, Other: Anemia info
**Diet:** Regular

**Your Follow-up Instructions**
MCADOO, TIFFNEY has been given these follow-up instructions:

| With: | Address: | When: |
| --- | --- | --- |
| Follow up with primary care provider | | In 1 week 06/29/2015 |

**Comments:**

Patient to follow-up with her physician.

Name MCADOO, TIFFNEY

If you would like electronic access to your
discharge instructions go to
https://account.ahss.org/Account/Login

MRN 6245123

2 of 14

Jun/22/2015 12:07:20



# Medication Instruction(s)

Name MCADOO, TIFFNEY

MRN 6245123

If you would like electronic access to your
discharge instructions go to
https://account.ahss.org/Account/Login

3 of 14

Jun/22/2015 12:07:20

**Detailed Patient Education/Medication Material**
MCADOO, TIFFNEY has been given the following patient education materials:
**If you have any question(s), contact your physician**

Anemia, Iron Deficiency [Adult]

Anemia is a condition where the size or number of red blood cells in the body is reduced. Iron is needed in the diet to make red cells. The red blood cells carry oxygen to all parts of the body. Anemia limits the delivery of oxygen to where it is needed. This causes a feeling of being tired and run down. When anemia becomes severe, the skin becomes pale and there is shortness of breath with exertion, headaches, dizziness, drowsiness and fatigue.

The cause of your anemia is lack of iron in your body. This may occur due to blood loss (for example, heavy menstrual periods or bleeding from the stomach or intestines) or a poor diet (not eating enough iron-containing foods), inability to absorb iron from your diet, or pregnancy.

If the blood count is low enough, an IRON SUPPLEMENT will be prescribed. It usually takes about 2-3 months of treatment with iron supplements to correct an anemia. Severe cases of anemia requires a blood transfusion to rapidly correct symptoms and deliver more oxygen to the cells.

# Home Care:

1) Increase the iron stores in your body by eating foods high in iron content. This is a natural way of building your blood cells back up again. Beef, liver, spinach and other dark green leafy vegetables, whole grain products, beans and nuts are all natural sources of iron.

2) If you are having symptoms of anemia listed above:

-- Do not overexert yourself.

-- Talk to your doctor before flying on an airplane or traveling to high altitudes.

Follow Up with your doctor in 2 months for a repeat red blood cell count, or as recommended by our staff, to be sure that the anemia has been corrected.

# Get Prompt Medical Attention if any of the following occur or worsen:

-- Shortness of breath or chest pain

-- Dizziness or fainting

-- Vomiting blood or passing red or black-colored stool

© 2000-2013 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Ferrlecit, Nulecit

## What is the most important information I should know about sodium ferric gluconate complex?

You should not use this medication if you are allergic to sodium ferric gluconate complex or benzyl alcohol.

Before using this medication, tell your doctor if you have iron overload syndrome, or if you receive regular blood transfusions.

Tell your doctor about all other medicines you use, especially iron supplements you take by mouth.

Also tell your doctor if you are pregnant or breast-feeding a baby.

To be sure this medication is helping your condition, your blood may need to be tested often. Visit your doctor regularly.

## What is sodium ferric gluconate complex?

Sodium ferric gluconate is a type of iron. You normally get iron from the foods you eat. In your body, iron becomes a part of your hemoglobin (HEEM o glo bin) and myoglobin (MY o glo bin). Hemoglobin carries oxygen through your blood to tissues and organs. Myoglobin helps your muscle cells store oxygen.

Sodium ferric gluconate complex is used to treat iron deficiency anemia (a lack of red blood cells caused by having too little iron in the body) in adults and children who are at least 6 years old. Sodium ferric gluconate complex is for people with kidney disease who are on dialysis.

Sodium ferric gluconate complex may also be used for purposes not listed in this medication guide.

## What should I discuss with my healthcare provider before taking sodium ferric gluconate complex?

You should not use this medication if you are allergic to sodium ferric gluconate complex or benzyl alcohol.

To make sure you can safely use sodium ferric gluconate complex, tell your doctor if you have any of these other conditions:
- ·iron overload syndrome; or
- if you receive regular blood transfusions.

FDA pregnancy category B. Sodium ferric gluconate complex is not expected to harm an unborn baby. Tell your doctor if you are pregnant or plan to become pregnant during treatment.

It is not known whether sodium ferric gluconate complex passes into breast milk or if it could harm a nursing baby. Do not use this medication without telling your doctor if you are breast-feeding a baby.

Sodium ferric gluconate complex should not be given to a child younger than 6 years old.

## How should I take sodium ferric gluconate complex?

Sodium ferric gluconate complex is injected into a vein through an IV during your dialysis session. This medication must be given slowly, and the IV infusion can take at least 1 hour to complete.

You may be shown how to use an IV at home. Do not self-inject this medicine if you do not fully understand how to give the injection and properly dispose of used needles, IV tubing, and other items used to inject the medicine.

Name MCADOO, TIFFNEY

If you would like electronic access to your discharge instructions go to
https://account.ahss.org/Account/Login

MRN 6245123

6 of 14

Jun/22/2015 12:07:20

sodium ferric gluconate complex must be mixed with a liquid (diluent) in an IV bag before using it. If you are using the injections at home, be sure you understand how to properly mix and store the medicine. **Do not mix sodium ferric gluconate complex with any other medication or solution in your IV.**

Each single-use vial (bottle) of this medicine is for one use only. Throw away after one use, even if there is still some medicine left in it after injecting your dose.

To be sure this medication is helping your condition, your blood may need to be tested often. Visit your doctor regularly.

Store at room temperature away from moisture and heat. Do not freeze.

## What happens if I miss a dose?

Call your doctor for instructions if you miss a dose of sodium ferric gluconate complex.

## What happens if I overdose?

Seek emergency medical attention or call the Poison Help line at 1-800-222-1222.

Overdose symptoms may include severe weakness, loss of balance or coordination, rapid breathing, tremor, or seizure (convulsions).

## What should I avoid while taking sodium ferric gluconate complex?

Avoid getting up too fast from a sitting or lying position, or you may feel dizzy. Get up slowly and steady yourself to prevent a fall.

## What are the possible side effects of sodium ferric gluconate complex?

Get emergency medical help if you have any of these **signs of an allergic reaction:** hives, sweating, vomiting; severe lower back pain; wheezing, difficult breathing; swelling of your face, lips, tongue, or throat.

Call your doctor at once if you have a serious side effect such as:
- feeling like you might pass out;
- chest pain, trouble breathing;
- flushing (warmth, redness, or tingly feeling);
- fast or uneven heart rate; or
- dangerously high blood pressure (severe headache, blurred vision, buzzing in your ears, anxiety, confusion, uneven heartbeats, seizure).

Less serious side effects may include:
- pain, leg cramps;
- dizziness, general ill feeling;
- mild headache;
- nausea, vomiting, diarrhea; or
- pain, redness, swelling, or irritation around the IV needle.

This is not a complete list of side effects and others may occur. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

## What other drugs will affect sodium ferric gluconate complex?

Tell your doctor about all other medicines you use, especially iron supplements you take by mouth.

There may be other drugs that can interact with sodium ferric gluconate complex. Tell your doctor about all medications you use. This includes prescription, over-the-counter, vitamin, and herbal products. Do not start a new medication without telling your doctor.

## Where can I get more information?

Your pharmacist can provide more information about sodium ferric gluconate complex.

Remember, keep this and all other medicines out of the reach of children, never share your medicines with others, and use this medication only for the indication prescribed.

Every effort has been made to ensure that the information provided by Cerner Multum, Inc. ('Multum') is accurate, up-to-date, and complete, but no guarantee is made to that effect. Drug information contained herein may be time sensitive. Multum information has been compiled for use by healthcare practitioners and consumers in the United States and therefore Multum does not warrant that uses outside of the United States are appropriate, unless specifically indicated otherwise. Multum's drug information does not endorse drugs, diagnose patients or recommend therapy. Multum's drug information is an informational resource designed to assist licensed healthcare practitioners in caring for their patients and/or to serve consumers viewing this service as a supplement to, and not a substitute for, the expertise, skill, knowledge and judgment of healthcare practitioners. The absence of a warning for a given drug or drug combination in no way should be construed to indicate that the drug or drug combination is safe, effective or appropriate for any given patient. Multum does not assume any responsibility for any aspect of healthcare administered with the aid of information Multum provides. The information contained herein is not intended to cover all possible uses, directions, precautions, warnings, drug interactions, allergic reactions, or adverse effects. If you have questions about the drugs you are taking, check with your doctor, nurse or pharmacist.

Copyright 1996-2012 Cerner Multum, Inc. Version: 1.01. Revision Date: 08/15/2012.

Name MCADOO, TIFFNEY          . If you would like electronic access to your
                                    discharge instructions go to

# Please bring the following to your follow up physician.

Name MCADOO, TIFFNEY

MRN 6245123

If you would like electronic access to your
discharge instructions go to
https://account.ahss.org/Account/Login
9 of 14

Jun/22/2015 12:07:20

# Texas Health Huguley Hospital

# Clinical Discharge Summary

## PERSON INFORMATION

Name MCADOO, TIFFNEY  
Sex Female

MRN 6245123

Acct# 8651535

Age 39 Years  
Marital Status Single

Phone (817) 404-8376

Visit Reason Weakness or fatigue;  
symptomatic anemia, dysfunctional  
uterine bleeding fibroid uterus

Language English  
Race Black or African  
American  
Ethnicity Non-Hispanic or  
Latino  
Arrival 6/21/2015 12:40 PM

DOB 8/13/1975 12:00 AM  
PCP

Med Service General Medicine

LOS 000 20:34

Patient Address: 4117 GERMAN POINTER WAY FORT WORTH TX 761233553

## PROVIDER INFORMATION

**Admitting Physician:**  
QASSAM MD, MEHBOOB S.

**Attending Physician:**  
DURAN MD, DONNA M.

**Consulting Physician:**  
None

**Referring Physician:**  
None

## VITALS INFORMATION

| Vital Sign | Result | Last Recorded | Measurement | Result | Last Recorded |
|---|---|---|---|---|---|
| Temp | 97.8 DegF | Date/Time: 06/22/2015 10:29 | Height (cm) | 170.2 cm | Date/Time: 06/21/2015 16:52 |
| 02 Sat | 100 % | Date/Time: 06/22/2015 10:31 | Weight (kg) | 83.5 kg | Date/Time: 06/21/2015 16:52 |
| Respiratory Rate | 18 br/min | Date/Time: 06/22/2015 10:30 | Body mass index | 28.82 | Date/Time: 06/21/2015 16:52 |
| Blood Pressure | 123 mmHg / 49 mmHg | Date/Time: 06/22/2015 10:31 | | | |

**Cognitive Status:** Oriented x 3 **Date:** 06/22/2015

Name MCADOO, TIFFNEY

MRN 6245123

If you would like electronic access to your  
discharge instructions go to  
https://account.ahss.org/Account/Login  
10 of 14

Jun/22/2015 12:07:20

**Functional Status:** Resume activities as tolerated **Date:** 06/22/2015

## MEDICAL INFORMATION
**Allergies**
   Benadryl

**Smoking Status:**
Never smoked

**Immunizations**
   No Immunizations Documented This Visit

## MEDICATIONS

   No Known Home Medications

## LABORATORY & DIAGNOSTIC RESULTS
**Laboratory or Other Results This Visit** (last charted value for your 06/21/2015 visit)

<u>**Hematology**</u>
   06/22/15 04:26:00
      **Hct:** 24.7 % -- Normal range between ( 37.0 and 47.0 )
      **Hgb:** 7.3 g/dL -- Normal range between ( 12.0 and 16.0 )
      **MCH:** 22.0 pg -- Normal range between ( 27.0 and 34.0 )
      **MCHC:** 29.6 g/dL -- Normal range between ( 32.0 and 36.0 )
      **MCV:** 74.4 fL -- Normal range between ( 82.0 and 101.0 )
      **MPV:** 8.7 fL -- Normal range between ( 9.4 and 12.4 )
      **Platelet:** 358 x10'3/microL -- Normal range between ( 130 and 400 )
      **RBC:** 3.32 x10'6/microL -- Normal range between ( 4.00 and 5.60 )
      **RDW:** 20.5 % -- Normal range between ( 11.5 and 14.5 )
      **WBC:** 4.60 x10'3/microL -- Normal range between ( 4.50 and 11.00 )
      **RDW SD:** 54.9 fL -- Normal range between ( 36.4 and 46.3 )
   06/21/15 13:12:00
      **Basophils %:** 0.2 % -- Normal range between ( 0.0 and 2.0 )
      **Eosinophils %:** 1.3 % -- Normal range between ( 0.0 and 5.0 )
      **Hypochrom:** Moderate
      **Lymphocytes %:** 41.6 % -- Normal range between ( 15.0 and 41.0 )
      **Monocytes %:** 6.1 % -- Normal range between ( 0.0 and 12.0 )
      **Neutrophils %:** 50.6 % -- Normal range between ( 40.0 and 70.0 )
      **Polychromasia:** Slight
      **Schistocyte:** Rare
      **Target Cell:** Rare
      **Tear Cell:** Rare
      **Baso Stippling:** Rare

Name MCADOO, TIFFNEY

MRN 6245123

If you would like electronic access to your
discharge instructions go to
https://account.ahss.org/Account/Login
11 of 14          Jun/22/2015 12:07:20

**Anisocytosis:** Slight
**Elliptocyte:** Rare
**Slide Review?:** Yes
**Neutrophils Abs:** 2.4 x10'3/microL -- Normal range between ( 1.8 and 7.7 )
**Lymphocytes Abs:** 2.0 x10'3/microL -- Normal range between ( 0.6 and 4.5 )
**Monocytes Abs:** 0.3 x10'3/microL -- Normal range between ( 0.0 and 1.3 )
**Eosinophils Abs:** 0.1 x10'3/microL -- Normal range between ( 0.0 and 0.6 )
**Basophils Abs:** 0.0 x10'3/microL -- Normal range between ( 0.0 and 0.4 )
**PLT Est:** Normal
**Microcyte:** Moderate
**Immature Granulocytes %:** 0.20 % -- Normal range between ( 0.00 and 0.50 )
**Immature Grans Abs:** 0.01 x10'3/microL -- Normal range between ( 0.00 and 0.05 )

## Chemistry

06/21/15 13:12:00
**AGAP:** 11 mmol/L
**Albumin Level:** 4.2 g/dL -- Normal range between ( 3.5 and 5.2 )
**Alk Phos:** 42 Inter. Units/L -- Normal range between ( 35 and 105 )
**ALT(SGPT):** 11 Inter. Units/L -- Normal range between ( 0 and 33 )
**AST:** 21 Inter. Units/L -- Normal range between ( 0 and 32 )
**Bili Total:** 0.3 mg/dL -- Normal range between ( 0.0 and 1.2 )
**BUN:** 5 mg/dL -- Normal range between ( 6 and 23 )
**Calcium:** 8.8 mg/dL -- Normal range between ( 8.4 and 10.2 )
**Chloride:** 103 mmol/L -- Normal range between ( 98 and 107 )
**CO2:** 23 mmol/L -- Normal range between ( 22 and 29 )
**Creatinine:** 0.6 mg/dL -- Normal range between ( 0.6 and 1.2 )
**Potassium:** 4.0 mmol/L -- Normal range between ( 3.5 and 5.0 )
**Sodium:** 137 mmol/L -- Normal range between ( 136 and 145 )
**Total Protein:** 8.2 g/dL -- Normal range between ( 6.6 and 8.7 )
**Albumin/Globulin Ratio:** 1.0 % -- Normal range between ( 1.0 and 1.8 )
**GFR (MDRD):** >110.0 mL/min/1.73 m2
**Glucose:** 92 mg/dL -- Normal range between ( 70 and 100 )
**Bun/Creat:** 8
**Globulin:** 4.0 g/dL -- Normal range between ( 2.0 and 4.0 )
**Est CrCL (CG):** 122.5 mL/min

## Immuno/Serology

06/21/15 13:12:00
**U Preg Test:** Negative

## Urine

06/21/15 13:12:00
**UA Appear:** Clear
**UA Bacteria:** 55 /hpf -- Normal range between ( 0 and 88 )
**UA Bili:** Negative
**UA Blood:** Negative
**UA Color:** Yellow

**UA Glucose:** Negative mg/dL
**UA Hyaline Casts:** 0 /Lpf -- Normal range between ( 0 and 3 )
**UA Ketones:** Negative mg/dL
**UA Leuk Est:** Negative
**UA Nitrite:** Negative
**UA pH:** 6.5 -- Normal range between ( 5.0 and 9.0 )
**UA Protein:** Trace mg/dL
**UA RBC:** 3 /hpf -- Normal range between ( 0 and 6 )
**UA Spec Grav:** 1.020 -- Normal range between ( 1.000 and 1.040 )
**UA Urobilinogen:** .2 EU per dL
**UA WBC:** 2 /hpf -- Normal range between ( 0 and 2 )
**UA Epithelial:** 3 /hpf -- Normal range between ( 0 and 4 )
**Culture?:** No
**UA Spec Type:** Clean Catch

## Blood Bank
06/21/15 19:52:55
**TRANSFUSED:** TRANSFUSED
06/21/15 15:20:00
**ABORh Recheck Interp:** A POS
06/21/15 14:21:00
**BBPRODUCT:** Crossmatch
**ABORh:** A POS
**Antibody Screen:** Negative
**XM Interp:** Compatible

## Ultrasound
06/21/15 15:09:27
**US Pelvis Complete/Transvaginal Non-OB:** US Pelvis Complete/Transvaginal Non-OB

## ORDERS INFORMATION

**Care plan field(s), including goals and instructions**
**Problems**
No Problems Documented

**Procedures**
No Procedures Documented

**Encounter Diagnoses**
Anemia due to blood loss, chronic

# Discharge Instruction(s)

**Discharge to:** Home
**Activity Instructions Discharge:** Resume activities as tolerated
**Literature Provided:** Medications, Other: Anemia info
**Diet:** Regular

## DISCHARGE EDUCATION INFORMATION
## Discharge Instructions:

ANEMIA, Iron Deficiency (Adult)

## Medication Leaflets:

iron gluconate

## Follow up Instructions:

| With: | Address: | When: |
| --- | --- | --- |
| Follow up with primary care provider. | | In 1 week 06/29/2015 |

## Comments:

Patient to follow-up with her physician.

| | |
|---|---|
| Result Type: | US Pelvis Complete/Transvaginal Non-OB |
| Date: | June 21, 2015 15:09 |
| Result Status: | Auth (Verified) |
| Result Title: | US Pelvis Complete/Transvaginal Non-OB |
| Performed By: | OLTERSDORF MD, TIMOTHY P. on June 21, 2015 15:25 |
| Verified By: | OLTERSDORF MD, TIMOTHY P. on June 21, 2015 15:25 |
| Encounter info: | 8651535, HMMC, Observation, 06/21/2015 - |

# * Final Report *

**Reason For Exam**
DUB.

**REPORT**
Endovaginal and transabdominal transducers were utilized to evaluate the pelvis. There is a 2.1 x 1.7 x 1.8 cm diameter right ovarian cyst. The right ovary appears otherwise ultrasonically normal. The left ovary appears ultrasonically normal. The uterus is enlarged measuring 16.1 x 10.9 x 11.3 cm in diameter. There is a large uterine fibroid in the fundus of the uterus measuring 7.5 x 10.1 x 8.9 cm in diameter. This obscures the superior endometrial canal which is of normal width but contains a small amount of fluid. There are two nabothian cysts. There is no ultrasonic evidence of free pelvic fluid.

Impression: Large fundal uterine fibroid. Small right ovarian cyst. Small amount of fluid in the endometrial canal.

Dictating Dr. Oltersdorf, Timothy
Dictated 06/21/2015
Signing Dr. Oltersdorf, Timothy
Location HUGDPAXDS1

**Signature Line**

          ********Final********

Dictated by: OLTERSDORF MD, TIMOTHY P.
Signed by: OLTERSDORF MD, TIMOTHY P.
Transcriptionist: TPO

                                      06/21/15 15:25
                                      06/21/15 15:25

*[handwritten: Received 2 units PRBC's
Hemoglobin/Hematocrit
Before transfusion
5.7 / 20.4
After transfusion
7.3 / 24.7]*

**RADRPT**
This document has an image

**Completed Action List:**
* Order by QASSAM MD, MEHBOOB S. on June 21, 2015 14:18
* Perform by LE RDMS, NIKI NGA on June 21, 2015 15:09

*[handwritten: Hospitalized
6/21 → 6/22/15]*

Printed by:     DURAN MD, DONNA M.
Printed on:     06/22/2015 12:30

* VERIFY by OLTERSDORF MD, TIMOTHY P. on June 21, 2015 15:25